UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

POWERS KIRN, LLC
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Milton Litvinchuk
Monica Litvinchuk

Order Filed on August 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-20669-VFP

Chapter:    13

Judge:    Vincent F. Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 25, 2016

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___June 20, 2016___ :

Property:    1221 Commerce Avenue, Union Township, NJ 08350

Creditor:    Wells Fargo Bank, N.A.

and a Request for

 ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

 ☒ Early Termination of the Loss Mitigation Period having been filed by ___Wells Fargo Bank, N.A.___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective ___immediately___ .

*Revised 9/19/13*

2